1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988                          **OK/HAV**

5  Attorney for Defendant
   JAVIER MARQUEZ
6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   | | |
   |---|---|
   | **UNITED STATES OF AMERICA**, | Cr. S-06-306 DFL |
   | Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
   | vs. | |
   | **LEONEL ZAMORA CHAVEZ, et al.** | |
   | Defendant(s). | Hon. David F. Levi |

18                          **STIPULATION**

19       Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Jason Hitt, and defendant Leonel Zamora Chavez, Javier Marquez, and Frederic Joseph

21  Macias, by and through their respective counsel, Ramon Magana, Hayes H. Gable III, and

22  Christopher Haydn-Myer agree and stipulate to vacate the existing hearing date in the above-

23  captioned action, December 14, 2006, and to continue the matter to January 18, 2007, at 10:00 a.m.,

24  for status conference.

25       The reason for this continuance is that the government and defendants continue to negotiate

26  a resolution of this case and the additional time is necessary to complete these negotiations.

27  Additionally, as to defendant Marquez, further investigation is ongoing which may affect the

28  ultimate resolution of his case. The parties further agree and stipulate that the period for the filing

    of this stipulation until January 18, 2007, should be excluded in computing time for commencement

of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: November 30, 2006

   s/Hayes H. Gable, III for
**RAMON MAGANA**
Attorney for Defendant
**LEONEL ZAMORA CHAVEZ**

   s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**JAVIER MARQUEZ**

   s/Hayes H. Gable, III for
**CHRISTOPHER HAYDN-MYER**
Attorney for Defendant
Frederic Joseph Macias

DATE: November 30, 2006

   s/Hayes H. Gable, III for
**JASON HITT**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to January 18, 2007 at 10:00 a.m. The court finds excludable time in this matter from December 14, 2006 through January 18, 2007, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the

////

////

- 2 -

Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: December 1, 2006

/s/ David F. Levi
**HON. DAVID F. LEVI**
Chief U.S. District Court Judge