HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
JAVIER MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-06-306 DFL |
| Plaintiff, | **AMENDED STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **LEONEL ZAMORA CHAVEZ, et al.** | |
| Defendant(s). | Hon. D. Lowell Jensen |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Leonel Zamora Chavez, Javier Marquez, and Frederic Joseph Macias, by and through their respective counsel, Michael L. Bigelow, Hayes H. Gable III, and Christopher Haydn-Myer agree and stipulate to vacate the existing hearing date in the above-captioned action, July 31, 2007, and to continue the matter to September 18, 2007, at 9:00 a.m., for status conference.

The reason for this continuance is that the government and defendants continue to negotiate a resolution of this case and the additional time is necessary to complete these negotiations. Additionally, as to defendant Marquez, further investigation is ongoing which may affect the ultimate resolution of his case. The parties further agree and stipulate that the period for the filing of this stipulation until September 18, 2007, should be excluded in computing time for

commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: July 30, 2007
           s/Hayes H. Gable, III for
**MICHAEL L. BIGELOW**
Attorney for Defendant
**LEONEL ZAMORA CHAVEZ**

           s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**JAVIER MARQUEZ**

           s/Hayes H. Gable, III for
**CHRISTOPHER HAYDN-MYER**
Attorney for Defendant
Frederic Joseph Macias

DATE: July 30, 2007
           s/Hayes H. Gable, III for
**JASON HITT**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to September 18, 2007, at 9:00 a.m. The court finds excludable time in this matter from July 31, 2007, through September 18, 2007, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the

////

////

1  Court finds that the interest of justice served by granting the requested continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

4  IT IS SO ORDERED.

6  DATE: July 30, 2007

/s/ D. Lowell Jensen
**HON. D. LOWELL JENSEN**
Senior U.S. District Court Judge