**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Leonel Chavez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-06-306 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | Date: July 8, 2008 |
| ) | Time: 9:00 AM |
| ) | Court: JAM |
| LEONEL CHAVEZ, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Leonel Zamora Chavez, his respective counsel, Michael L. Bigelow, agree and stipulate to vacate the hearing date of June 24, 2008 in the above captioned action, and to continue the matter to July 8, 2008 at 9:00 a.m., for status conference. The reason for this continuance is that there is additional relevant discovery made available to the defendant that requires review, and also transcribing in order to effectively prepare this matter for trial.

-1-

The parties further agree and stipulate that the period for the filing of this stipulation until July 8, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**

DATE: June 24, 2008        /S/MICHAEL B. BIGELOW
                           Michael B. Bigelow,
                           Attorney for LEONEL ZAMORA CHAVEZ


DATE: June 24, 2008        /S/JASON HITT
                           JASON HITT Asst. U.S. Attorney

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to July 8, 2008 at 9:00 a.m.

The court finds excludable time in this matter from September 18, 2007, through July 8, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATE: June 30, 2008


/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com