```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```



FILED

NOV 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-S-06-0306 JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISCLOSE SEALED PLEA AGREEMENT AND [PROPOSED] ORDER PERMITTING DISCLOSURE OF SEALED PLEA AGREEMENT |
| v. | |
| LEONEL ZAMORA CHAVEZ, et al., | |
| Defendants. | |

The United States, by and through Assistant United States Attorney Jason Hitt, hereby moves this Honorable Court for a order permitting a limited disclosure of the sealed plea agreement for defendant Javier MARQUEZ in Case No. CR-S-06-0306 JAM, to counsel for defendant Leonel CHAVEZ. This motion is made for the purposes of complying with the government's discovery obligations based upon the circumstances set forth below.

On February 5, 2008, defendant Javier MARQUEZ entered a guilty plea to Count One of the Indictment in this case. At the request of both parties, the plea agreement for defendant Javier MARQUEZ was sealed by the Honorable D. Lowell Jensen until further order of the Court.

/ / /

On September 6, 2008, defendant Leonel CHAVEZ requested a jury trial in the above-captioned case. Trial is set for defendant CHAVEZ on December 1, 2008, and trial confirmation is set for November 18, 2008. Defendant Javier MARQUEZ is expected to testify in the upcoming trial against defendant Leonel CHAVEZ. As a result, in order for the government to comply with its obligations under existing Supreme Court and Ninth Circuit precedent, the United States requests permission to provide a limited disclosure of defendant Javier MARQUEZ's sealed plea agreement to defense counsel for defendant Leonel CHAVEZ.

The proposed disclosure is limited to providing counsel for defendant Leonel CHAVEZ a copy of defendant Javier MARQUEZ's plea agreement. The government is not requesting that the plea agreement be unsealed for public disclosure or public filing on the Court's ECF system.

DATED: Nov. 17, 2008

McGREGOR W. SCOTT
United States Attorney

By /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

O R D E R

Upon Application of the United States of America and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to provide counsel for the government, Assistant United States Jason Hitt, a copy of the sealed plea agreement (and any attachments to the plea agreement) for defendant Javier MARQUEZ in Case No. CR-S-06-0306 JAM (Sealed Docket Entry No. 54);

2. Counsel for the government shall be permitted to disclose the sealed plea agreement for defendant Javier MARQUEZ to counsel for defendant Leonel CHAVEZ for the purposes of trial preparation;

3. Counsel for defendant Leonel CHAVEZ shall not disclose or provides copies of the plea agreement to his client; and

4. The plea agreement for defendant Javier MARQUEZ in Case No. CR-S-06-0306 JAM shall remain SEALED until further Order of this Court.

**IT IS SO ORDERED.**

DATED: 11-18-08

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE