AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00306-JAM   Document 132   Filed 09/17/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:06CR00306 JAM |
| LEONEL ZAMORA CHAVEZ | ) | |
|  | ) | USM No: 16552-097 |
| Date of Original Judgment: 3/10/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labaree, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  135  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  3/10/2009  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  9/17/2015                                 /s/ John A. Mendez
                                                         *Judge's signature*

Effective Date:  11/1/2015                              John A. Mendez, U.S. District Court Judge
*(if different from order date)*                         *Printed name and title*